UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEWAYNE BASSETT,<br><br>    Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>    Defendants. | No.  2:13-cv-2547 DAD P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed a letter with the court claiming that his life is in imminent danger.  However, in his letter he provides no specific allegations as to why he believes this, and he has not filed any other pleadings with the court.  Out an abundance of caution, the Clerk of the Court has opened a civil rights action in response to plaintiff's letter and has assigned it a case number.

   In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced.  Plaintiff will be provided the opportunity to file a complaint, and to submit an

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

1  application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

2  In accordance with the above, IT IS HEREBY ORDERED that:

3  1. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

4  2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

Dated:  December 19, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:md
bass2547.nocompl

2