UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEWAYNE BASSETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendants. | No. 2:13-cv-2547 DAD P<br><br><br>ORDER |

　　　　This civil rights action was opened on December 9, 2013 in response to a letter from plaintiff received by the court. On December 20, 2013, the court ordered plaintiff to file a complaint that complied with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The court also ordered plaintiff to file an application to proceed in forma pauperis or submit the required filing fee. The thirty-day period has now expired, and plaintiff has not complied with the court's order. He has, however, filed a letter with the court indicating that he is no longer in imminent danger and does not wish to pursue a civil rights action and will not be filing a complaint. Under these circumstances, the court will dismiss this action without prejudice.

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2   <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(a) & (b).[1]

3   Dated:  January 28, 2014

```
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE
```

DAD:9
bass2547.dism

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636.  (Doc. No. 4)